Petition for Writ of Mandamus Denied and Opinion filed May 22, 2003









Petition for Writ of Mandamus Denied and Opinion filed
May 22, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00496-CV

____________

 

IN RE TROY MCKAMIE
AND JODI L.  MCKAMIE, INDIVIDUALLY AND AS NEXT FRIEND OF
JOSEPH MCKAMIE, A MINOR, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 2, 2003, relators
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.

We deny relators= petition for writ of mandamus.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed May 22, 2003.

Panel consists of
Chief Justice Brister, Justice Fowler, and Justice Edelman.